*Exhibit B*

# EXHIBIT B.1

# CLAIM CHART

# COUNT I



FIGURE 3

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0



**FIGURE 4**

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0



FIGURE 5

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0

# EXHIBIT B.2

# CLAIM CHART

# COUNT II



FIGURE 3

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0



**FIGURE 4**

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0



FIGURE 5

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/1k6l66in8pu5jrm/Evidence1.MP4?dl=0

# EXHIBIT B.3

# CLAIM CHART

# COUNT III



**FIGURE 3**

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0



**FIGURE 4**

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0



FIGURE 5



WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0

# EXHIBIT B.4

# CLAIM CHART COUNT IV



FIGURE 3

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0



**FIGURE 4**

WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0



FIGURE 5



WGPLLC v Apple - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/71rm9u5kpx1k7pv/Evidence2.MP4?dl=0